UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONETTE JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>- v. -<br><br>FIRST QUALITY ENTERPRISES, INC., FIRST QUALITY CONSUMER PRODUCTS, LLC, NUTEK DISPOSABLES, INC., WAL-MART STORES, INC., FAMILY DOLLAR STORES, INC., WALGREEN CO., dba WALGREENS, and FRED'S, INC.,<br><br>Defendants. | Case No. 14-cv-6305<br><br>Hon. Leonard D. Wexler, U.S.D.J.<br>Hon. Arlene R. Lindsay, U.S.M.J.<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ OCT 24 2017 ★<br>LONG ISLAND OFFICE |

## [PROPOSED] ORDER CONTINUING CLASS CLAIMS, EXCLUSION AND OBJECTION DATES AND SETTING FINAL APPROVAL HEARING

The Court has considered the parties' request to extend the upcoming class claims, objection, exclusion and related deadlines and to continue the final approval hearing, and good cause having been shown, the dates are reset as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Deadline for class members to file claims | November 27, 2017 | January 29, 2018 |
| Opt Out and Objection Date | November 27, 2017 | January 29, 2018 |
| Final Approval Hearing | December 18, 2017 at 11:00 a.m. | February 28, 2018 at 11:00 a.m. |

IT IS SO ORDERED.

*Leonard D. Wexler*
U.S.D.J.

Central Islip, NY
10/24/17