

**Jasper D. Ward**
jasper@jonesward.com

January 30, 2018

<u>Via ECF</u>

Judge Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722-4451

**RE:** Jones et al. v. Wal-Mart Stores, Inc. et al.
14-cv-6305

Dear Judge Wexler,

    I write as Plaintiffs' Counsel in the above titled action. Pursuant to this Court's Order (DE 66), the deadline was extended to January 29, 2018 as the last day for any Class Member to respond to the Notice Program to opt out or object to the Settlement Agreement. The Parties stipulated deadline to file the instant "Motion For Final Approval Of Settlement And Certification Of Settlement Class, For Approval Of Service Awards To Representative Plaintiffs, And For Attorney's Fees To Plaintiffs' Counsel" was yesterday and did not move with the other deadlines.

    As reported herein, only 24 Class Members opted out of the Settlement. In order to be sure that there were no valid and timely objections from the Class, Plaintiffs' Counsel waited until the Court ordered deadline had passed. There are no valid and timely objections from the Class received by Plaintiffs' Counsel.

    Sincerely,

    **JONES WARD PLC**

    _____/s/_____
    Jasper D. Ward

The Pointe
1205 E. Washington Street, Suite 111
Louisville, Kentucky 40206

Telephone:  (502) 882-6000
Facsimile:  (502) 587-2007
Web:  www.jonesward.com